**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DANIEL ALLEY,**<br>**Petitioner** | ) | **C.A. No. 26-63 Erie** |
| **vs.** | ) | **District Judge Susan Paradise Baxter**<br>**Magistrate Judge Richard A. Lanzillo** |
| **WARDEN, FCI-MCKEAN,**<br>**Respondent.** | ) | |

## MEMORANDUM ORDER

This action for habeas corpus relief pursuant to 28 U.S.C. § 2241 was initiated by Petitioner on March 10, 2026. The petition was referred to United States Magistrate Judge Richard A. Lanzillo, for report and recommendation in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges.

In his Petition, Petitioner states that he was placed in protective custody at FCI McKean following an attempted assault by another inmate on January 22, 2026. (ECF No. 4, at p. 2). After an investigation, prison officials ordered Petitioner to return to general population. Petitioner refused the order out of fear for his safety, and was issued a disciplinary misconduct, sanctioned with the loss of telephone privileges for 90 days, and transferred to the Special Housing Unit (SHU). (Id. at pp. 3-4, 10). Petitioner contends that he is being subjected to cruel and unusual punishment and unlawful retaliation, and seeks an order directing officials at FCI McKean to remove him from the SHU and allow him to transfer to another institution. (Id. at pp. 15-16).

On August 31, 2026, Judge Lanzillo issued a Magistrate Judge's Report and Recommendation ("R&R"), recommending that the petition be dismissed pursuant to Rule 4 of the Rules Governing Section 2254 cases, because it plainly appears on its face that Petitioner is not entitled to federal habeas relief. [ECF No. 6]. No timely objections to the R&R have been filed.

After *de novo* review of the petition and documents in the case, together with the report and recommendation, the following order is entered:

AND NOW, this 10th day of November, 2026,

IT IS HEREBY ORDERED that the within petition for a writ of habeas corpus is DISMISSED, with prejudice, and the report and recommendation of Magistrate Judge Lanzillo, issued on August 31, 2026 [ECF No. 6], is adopted as the opinion of this Court.

As there are no further matters pending before the Court relative to the instant petition, the Clerk is directed to mark this case "CLOSED."

Susan Paradise Baxter

SUSAN PARADISE BAXTER
United States District Judge

cc: The Honorable Richard A. Lanzillo
United States Magistrate Judge

All parties of record